UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA



UNITED STATES OF AMERICA

    *Plaintiff*

versus                               CIVIL ACTION NO. 09-77-RET-CN

ALVIN L. JOHNSON

    *Defendant*

## JUDGMENT

The Court having previously entered its Ruling granting the United States' Motion for Summary Judgment,

IT IS HEREBY ORDERED that there be judgment herein in favor of the United States of America and against Defendant, Alvin L. Johnson, in the sum of SIX THOUSAND AND NO/100 DOLLARS ($6,000), together with (i) a civil monetary penalty of $ _5,500.00_, (ii) interest from date of judgment until paid at the legal rate provided by 28 U.S.C. § 1961, and (iii) allowable costs.

IT IS HEREBY FURTHER ORDERED that the United States shall cross credit against this judgment any and all future payments made by Defendant Alvin L. Johnson against the restitutionary debt imposed in Criminal Action No. 07-161-RET-CN.

Baton Rouge, Louisiana, this _2nd_ day of _June_, 2009.

                                             RALPH E. TYSON, CHIEF JUDGE
                                             UNITED STATES DISTRICT COURT